Case 4:24-cv-00197-RGE-WPK Document 1-1 Filed 06/12/24 Page 1 of 9
E-FILED 2024 MAY 20 3:08 PM POLK - CLERK OF DISTRICT COURT

EXHIBIT A

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | | |
|---|---|---|
| **ANTONIA HILL**, | * | Civil No. _____ |
| Plaintiff, | * | |
| v. | * | **PETITION AT LAW & JURY DEMAND** |
| **WALMART INC.**, | * | |
| Defendant. | * | |

**COMES NOW** the Plaintiff, Antonia Hill, by and through her attorney, LeGrant Law Firm, P.C., and for her cause of action against Defendant Walmart Inc. states as follows:

### JURISDICTION & VENUE

1. The amount in controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Polk County.

2. The unlawful employment practices alleged below have been committed within Polk County, State of Iowa.

### PARTIES

3. The Plaintiff, Antonia Hill, is a citizen and resident of Des Moines, Polk County, Iowa.

4. Upon information and belief, Defendant Walmart Inc. ("Walmart") is a for-profit corporation authorized to conduct business in Iowa, with its principal place of business in Bentonville, Arkansas.

1

## CONDITIONS PRECEDENT

5.      Hill filed, within 300 days from the date of the last act of discrimination of which she complains herein, an administrative complaint against Walmart with the Iowa Civil Rights Commission.

6.      On February 20, 2024, the Iowa Civil Rights Commission issued on Hill's behalf an Administrative Release (Letter of Right-to-Sue), a true and accurate copy of which is attached hereto as Exhibit 1.

## COUNT I
### Failure to Accommodate Disability
### Iowa Code, Chapter 216 (Iowa Civil Rights Act)

7.      Hill incorporates by reference all preceding paragraphs as if set forth fully herein.

8.      Walmart has employed Hill, in her current period of employment, as a stocker since November 2021.

9.      At all times material hereto, Hill has suffered from foot drop as the result of cancer in her left leg.

10.     At all times material hereto, Hill has had a spinal cord stimulator in her back to alleviate the severe pain with which she is afflicted.

11.     As a result of the condition described above, Hill is substantially limited in one or more major life activities, including but not necessarily limited to lifting.

12.     Hill's physical condition constitutes an actual disability for purposes of the Iowa Civil Rights Act.

13.     Hill has made Walmart's supervisory personnel aware of her disability and informed them that her ability to perform heavy lifting is limited.

14. In July 2023, upon and in response to a request by a supervisory employee to engage in heavy lifting, Hill requested a reasonable accommodation.

15. More specifically, Hill sought assistance with the heavy lifting from her co-workers—commonly known as a "team lift" or "team lifting."

16. Walmart, through its supervisory personnel, unreasonably refused Hill's request for assistance via team lifting.

17. Walmart failed to identify any other potential accommodation(s) for Hill.

18. Hill was and is qualified to perform the essential functions of her position with Walmart, but required a reasonable accommodation.

19. Walmart has failed to reasonably accommodate Hill or otherwise engage in an interactive process in good faith to identify a reasonable accommodation for her.

20. Walmart's conduct violates the Iowa Civil Rights Act.

21. Hill has suffered damages as a result of Walmart's failure to accommodate her disability.

**WHEREFORE** the Plaintiff, Antonia Hill, respectfully asks this Court to enter judgment against Defendant Walmart Inc. and award her damages for lost wages, lost benefits, emotional distress, mental anguish, compensatory relief, reasonable attorney fees, equitable relief, court costs, with interest as provided by law, and such other and further relief as the Court deems just and equitable.

### COUNT II
**Retaliation – Reduction in Hours**
**Iowa Code, Chapter 216 (Iowa Civil Rights Act)**

22. Hill incorporates by reference all preceding paragraphs as if set forth fully herein.

3

23. Following her denied accommodation requests in July 2023, Hill submitted a related complaint to Walmart's corporate HR/compliance hotline.

24. Hill subsequently met with the manager of her store/location, but to her knowledge, no action was taken either on her requested accommodation or her complaint that followed.

25. Subsequent to her meeting with the general manager, Hill once again complained to Walmart's corporate HR/compliance hotline.

26. After her second complaint to the hotline, Walmart drastically reduced Hill's work hours.

27. Further, and once again, Hill never heard back from Walmart on the complaint she submitted to Walmart's corporate HR/compliance hotline.

28. Walmart retaliated against Hill by reducing her work hours.

29. Walmart retaliated against Hill because she requested an accommodation or, in the alternative, because she complained of Walmart's failure to accommodate her.

30. Walmart's retaliatory conduct violates the Iowa Civil Rights Act.

31. Hill has suffered damages as a result of Walmart's retaliatory reduction of her work hours.

**WHEREFORE** the Plaintiff, Antonia Hill, respectfully asks this Court to enter judgment against Defendant Walmart Inc. and award her damages for lost wages, lost benefits, emotional distress, mental anguish, compensatory relief, reasonable attorney fees, equitable relief, court costs, with interest as provided by law, and such other and further relief as the Court deems just and equitable.

## JURY DEMAND

32. Hill hereby demands a trial by jury in this matter.

Respectfully Submitted,

**LeGRANT LAW FIRM, P.C.**


By  /s/ Andrew L. LeGrant
Andrew L. LeGrant           AT0008908
2900 100th Street, Suite 304
Urbandale, Iowa 50322
Telephone: (515) 331-6500
Facsimile:  (855) 331-6509
Email: alegrant@legrantlaw.com

ATTORNEY FOR PLAINTIFF

Original filed.

Administrative Release
(Letter of Right-To-Sue)

| To: | From: |
|---|---|
| ANTONIA HILL<br>5515 SE 14TH STREET<br>APARTMENT G204<br>DES MOINES, IA 50320 | Iowa Civil Rights Commission<br>6200 Park Avenue<br>Suite 100<br>Des Moines, Iowa 50321-1270 |
| Complaint CP# 11-23-81023    EEOC# 26A-2024-00254 | |

This is your Administrative Release (Right-To-Sue) Letter issued pursuant to Iowa Code § 216.16 and 161 Iowa Administrative Code Section § 3.10. It is issued pursuant to your request.

The conditions precedent found in 161 Administrative Code § 3.10(2) have been met.

With this Right-To-Sue Letter, you have the right to commence an action in district court. That action must be commenced within ninety (90) days of the Right-To-Sue Letter issuance date, 2/20/2024. The Right-To-Sue Letter is not a finding by the ICRC on the merits of the charge. The ICRC will take no further action in this matter.

A copy of the Right-To-Sue Letter has been sent to the Respondent(s) as shown below. The Administrative Rules allow any party to a complaint to request a copy of the file when a Right-to-Sue has been issued. The Administrative Rules allow any party to a complaint to request a copy of the file when a Right-to-Sue has been issued. If you or your attorney would like to obtain a copy of the file, please submit your request in writing via regular mail, fax, or email to icrc@iowa.gov. The copy and processing fees are as follows:

- Photocopy of investigative files - .25¢ per page; copies of digital recordings $15.00 per electronic storage device (hard copy); actual cost of postage; search/supervisory fee $26.00 per hour
- Scanned copy of investigative files - $15.00 for first 150-page batch; $10.00 for each 150-page batch thereafter; copies of digital recordings $10.00 per electronic storage device (electronic copy); search/supervisory fee $26.00 per hour

If you opt for an electronic copy, you must provide an email address in order to receive the copy.

The Iowa Civil Rights Commission
Phone: (515) 281-4121
FAX: (515) 242-5840
Email: icrc@iowa.gov

cc: File
ANDY LEGRANT, Complainant's Attorney
BENITA N. JONES, Respondent's Attorney
WALMART INC.
WALMART INC.

Exhibit 1

# IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | | |
|---|---|---|
| **ANTONIA HILL**, | * | Civil No. _____ |
| Plaintiff, | * | |
| v. | * | |
| **WALMART INC.**, | * | **ORIGINAL NOTICE** |
| Defendant. | * | |

**TO THE ABOVE-NAMED DEFENDANT:**

You are notified that a Petition has been filed in the office of the Clerk of this Court, naming you as the Defendant in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorney for the Plaintiff is Andrew L. LeGrant of LeGrant Law Firm, P.C., whose address is 2900 100th Street, Suite 304, Urbandale, Iowa 50322. The attorney's phone number is (515) 331-6500; facsimile number (855) 331-6509.

You must serve a motion or answer within 20 days after service of this Original Notice upon you and within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County, at the county courthouse in Des Moines, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

If you require the assistance of auxiliary aids or services to participate in Court because of a disability, immediately call your district ADA coordinator. (If you are hearing impaired, call Relay TTY at 1-800-735-2942.

_____
CLERK OF COURT
Polk County Courthouse
500 Mulberry Street, Room 212
Des Moines, IA  50309

**IMPORTANT**

**YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**

# Iowa Judicial Branch

Case No. **LACL158927**
County **Polk**

Case Title   ANTONIA HILL VS WALMART INC

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

Date Issued  **05/22/2024 01:38:58 PM**



District Clerk of Court or/by Clerk's Designee of  Polk         County
 **/s/ Jeremy Alvarez**

# PROOF OF SERVICE

Case No. LACL158927

I hereby certify and make return; that I received the following on 5/22/24,
- ORIGINAL NOTICE
- PETITION AT LAW AND JURY DEMAND
- EXHIBIT(S)

that on 5/23/24 at 11:30 AM, I served said document(s) directed to:

WALMART, INC. at 400 E. Court Ave., Des Moines, Polk County, IA 50309

\_\_\_\_\_ by personal service.

\_\_\_\_\_ at their dwelling house or usual place of abode (which place was not a rooming house, hotel, club or apartment building) by substitute service on the individual named below, which is a person who resides therein and was at least 18 years of age.

\_\_\_\_\_ at their dwelling house or usual place of abode (which place was a rooming house, hotel, club or apartment building) by substitute service on a family member, roommate, manager or landlord named below, which is a person who was at least 18 years of age.

__X__ by serving the company, corporation, association, government agency, estate, guardianship/conservatorship, individual in their professional capacity, etc. on the appropriate agent or officer named below.

\_\_\_\_\_ by posting the document(s) and mailing by certified and regular mail (dates and times of attempts and posting detailed below).

C.T. CORPORATION SYSTEM (MELISSA WOKEN), REGISTERED AGENT

NAME AND RELATIONSHIP/TITLE OF PERSON SERVED (IF NOT SHOWN ABOVE)

Sworn and subscribed to before me by ANDREW GOERLITZ on this 24th day of May, 2024.

SHELLEY E. DRAUR
Commission Number 766107
My Commission Expires
January 3, 2026

Notary Public in and for the State of Iowa